## STORER v. PRENTICE.

Value of public securities estimated at the time when payable.

ACTION on note for £107 state securities, payable on the 15th of July, A. D. 1791. Defaulted — The securities set

at fourteen shillings on the pound, the value at the time when payable.